IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

JOHN TIFFANY )
       Plaintiff, )
  )
v. )   Case No. 09-CV-2232 CM/DJW
  )
CITY OF TOPEKA, )
       Defendant. )

## COMPLAINT
## JURY TRIAL DEMANDED

1. This is a complaint for damages brought under the provisions of Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and Title V of the Americans with Disabilities Act, Section 503, 42 U.S.C. 12203.

2. Jurisdiction is established pursuant to 28 USC 1331, because this action arises under federal law.

3. Venue is proper in this Court under the provisions of 28 USC 1391(b).

4. Plaintiff John Tiffany is a resident of Shawnee County, Kansas, and has been a resident during all times relevant to this action.

5. Defendant City of Topeka is an incorporated municipality within Shawnee County, Kansas.

6. On January 14, 2008, Plaintiff commenced employment with the City of Topeka, Department of Housing and Neighborhood Development.

7. On February 22, 2008, Plaintiff informed his employer, through his supervisor Kevin Rooney, that Plaintiff had been diagnosed with brain cancer by a physician.

8. After his medical diagnosis, Plaintiff requested from Defendant reasonable accommodations for his disability.

9. Defendant refused Plaintiff's request for reasonable accommodation.

10. Defendant responded to Plaintiff's request for accommodation, an exercise of his right under the ADA, in a retaliatory, threatening, and/or harassing manner.

11. On February 26, 2008, Plaintiff was constructively terminated from his employment due to his disability.

12. Defendant's retaliatory, threatening, and/or harassing response to Plaintiff's request for reasonable accommodation is impermissible pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and Title V of the Americans with Disabilities Act, Section 503, 42 U.S.C. 12203.

13. Plaintiff has received his "right to sue" letter for his retaliation complaint under the authority of the EEOC and United States Department of Justice, and a copy of the letter is attached hereto.

14. Additionally, Plaintiff has a discrimination complaint against Defendant filed with the EEOC regarding the impermissible termination under the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and Title V of the Americans with Disabilities Act, Section 503, 42 U.S.C. 12203. A "right to sue" letter is anticipated to be issued and this Complaint will be amended accordingly.

WHEREFORE, Plaintiff prays that judgment be entered on his behalf on the merits of his claims and that he be awarded damages, his costs and fees and such other relief as deemed appropriate by this Court.

Respectfully submitted,

*[signature]*

Kauffman & Eye, Attorneys at Law
Kelly J. Kauffman, Ks Sup. Ct. No. 23161
Robert V. Eye Ks. Sup. Ct. No. 10689
112 SW 6th Ave., Ste 202
Topeka, Kansas 66603
785-234-4040
785-234-4260 fax

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as permitted by applicable law.

*[signature]*

Kauffman & Eye, Attorneys at Law
Kelly J. Kauffman, Ks Sup. Ct. No. 23161
Robert V. Eye Ks. Sup. Ct. No. 10689
112 SW 6th Ave., Ste 202
Topeka, Kansas 66603
785-234-4040
785-234-4260 fax

## DESIGNATION OF PLACE OF TRIAL

Plaintiff hereby designates Kansas City, Kansas as the place of trial of this action.

*[signature]*

Kauffman & Eye, Attorneys at Law
Kelly J. Kauffman, Ks Sup. Ct. No. 23161
Robert V. Eye Ks. Sup. Ct. No. 10689
112 SW 6th Ave., Ste 202
Topeka, Kansas 66603
785-234-4040
785-234-4260 fax



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5070 2601

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

February 10, 2009

Mr. John H. Tiffany
c/o Kelly J. Kauffman, Esquire
Kauffman Law Office
Attorney at Law
112 S.W. 6th Ave., Ste. 202
Topeka, KS  66603-3850

Re: EEOC Charge Against City of Topeka, Housing & Neighborhood Development
    No. 28D200800971

Dear Mr. Tiffany:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:
   Title I of the Americans with Disabilities Act of 1990,
   42 U.S.C. 12111, et seq., and,
   Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Kansas City Area Office, Kansas City, KS.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Loretta King
Acting Assistant Attorney General
Civil Rights Division

by  *Karen S. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Kansas City Area Office, EEOC
    City of Topeka, Housing & Neighborhood Development