IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN TIFFANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-2232 CM/DJW |
| | ) |
| CITY OF TOPEKA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the parties, by and through their respective counsel, stipulate to the dismissal, with prejudice, each side to bear their own costs including attorney's fees, pursuant to Fed. R. Civ. P. 41 (a) (1) (ii). Eric B. Smith and Carl A. Gallagher state that Bob V. Eye AND Kelly J. Kauffman, counsel for Plaintiff, have given their consent to electronically file this Stipulation.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
JACKIE WILLIAMS, CITY ATTORNEY

BY:  s/Eric B. Smith
    Eric B. Smith, #16593
    Assistant City Attorney
    215 SE 7th St, Rm. 353
    Topeka, KS 66603
    (785) 368-3883
    esmith@topeka.org
    Co-Counsel for Defendant

McANANY, VAN CLEAVE & PHILLIPS, P.A.

BY: s/Carl A. Gallagher
    Carl A. Gallagher, #10736
    707 Minnesota Ave, Fourth Floor
    Kansas City, Kansas 66117
    (913) 371-3838
    cgallagher@mvplaw.com

KAUFFMAN & EYE

BY: s/Bob V. Eye
    Kelly J. Kauffman, #23161
    Bob V. Eye, #10689
    112 SW 6th Ave., Suite #202
    Topeka, KS 66603
    785-234-4040
    785-234-4260 (fax)
    kelly@kauffmaneye.com
    bob@kauffmaneye.com