# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JOHN TIFFANY,**

       **Plaintiff,**

**v.**                                         **Civil No. 09-2232-CM**

**CITY OF TOPEKA,**

       **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 67) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 17th day of November, 2010 at Kansas City, Kansas.

                                         s/ Carlos Murguia
                                         **Carlos Murguia**
                                         **U.S. District Judge**